## WATT v. STATE.
(Decided April 16, 1914.)

APPEAL from Russell Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

Per curiam. Appeal dismissed.

---

## WHITE v. STATE.
(Decided June 16, 1914.)

APPEAL from Cleburne Circuit Court.

Heard before Hon. HUGH D. MERRILL.

J. B. STEPHENS, and BLACKWELL & AGEE, for appellant. R. C. BRICKELL, Attorney General, for the State.

PELHAM, J.—Affirmed on the record.

---

## WOOLFOLK, ET AL. v. CEDAR RAPIDS NATIONAL BANK.
(Decided April 14, 1914.)

APPEAL from Russell Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for either party.

Per curiam. Appeal dismissed.